**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-01-488
DOC. 10  9/22/04

Sent To: HERB L. FELTON 384-134
Street, Apt. No.; or PO Box No.: SOCF PO BOX 45699
City, State, ZIP+4: LUCASVILLE, OH 45699