| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *H.A.*  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): *HERB L. FELTON*  C. Date of Delivery: *9-21-04* |
| 1. Article Addressed to:<br><br>*HERB L. FELTON*<br>*384-134*<br>*S.O.C.F.*<br>*P.O. BOX 45699*<br>*LUCASVILLE, OH 45699* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0006 5229 8436 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835